**HOGAN LOVELLS US LLP**
Vassi Iliadis (Bar No. 296382)
James W. Ettinger (Bar No. 344292)
Jacobo Enrique Rueda Fernandez (Bar No. 349064)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com
jay.ettinger@hoganlovells.com
jacobo.rueda@hoganlovells.com

*Attorneys for Defendant*
*Albertsons Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE**

STACY PENNING, on behalf of herself and all others similarly situated,

*Plaintiff*,

v.

ALBERTSONS COMPANIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,

*Defendants*.

Case No. 3:26-cv-04340-JSC

**JOINT STIPULATION TO EXTEND DEFENDANT ALBERTSONS COMPANIES, INC.'S TIME TO RESPOND TO COMPLAINT BY AN ADDITIONAL 46 DAYS**

Action Removed: May 11, 2026
Current Response Date: July 2, 2026
New Response Date: August 17, 2026

# JOINT STIPULATION

Pursuant to Northern District Civil Local Rule ("L.R.") 6-1(a), Plaintiff Stacy Penning ("Plaintiff") and Defendant Albertsons Companies, Inc., ("Defendant") (together, the "Parties"), hereby enter into this Joint Stipulation to Extend Defendant's Time to Respond to Complaint by an additional 46 Days ("Stipulation") as follows:

**WHEREAS,** on April 1, 2026, Plaintiff filed the Complaint in the Superior Court of California, County of Contra Costa, titled *Stacy Penning v. Albertsons Companies, Inc.*, Case No. V26-01105 (the "Complaint");

**WHEREAS,** on April 10, 2026, Defendant was served with the Complaint;

**WHEREAS,** on May 11, 2026, Defendant filed a Notice of Removal of Action to Federal Court Under 28 U.S.C. §§ 1331, 1332(d)(2), 1441(c), 1446, and 1453, Dkt. No. 1;

**WHEREAS,** under Fed. R. Civ. P. 81(c)(2)(C), the original deadline for Defendant to answer, move, or otherwise respond to the Complaint was May 18, 2026;

**WHEREAS,** on May 14, 2026, the Parties filed a joint stipulation to extend Defendant's time to answer, move, or otherwise respond to the Complaint to July 2, 2026, Dkt. No. 12;

**WHEREAS**, the Parties agree that Defendant's deadline to answer, move, or otherwise respond to the Complaint should be extended by an additional forty-six (46) days to facilitate discussions regarding the potential early resolution of Plaintiff's claims;

**WHEREAS**, the Parties have agreed, subject to the Court's approval, that Defendant shall have an additional forty-six (46) days until August 17, 2026, to answer, move, or otherwise respond to the Complaint; and

**WHEREAS,** the Parties believe that the additional time will continue to facilitate discussions regarding the potential early resolution of this matter and is not made for the purpose of delay.

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE THAT** Defendant's deadline to answer, move, or otherwise respond to the Complaint is extended by forty-six (46) days from July 3, 2026, until August 17, 2026.

**IT IS SO STIPULATED.**

Dated: June 17, 2026

Respectfully submitted,

HOGAN LOVELLS US LLP

By: /s/ *Vassi Iliadis*

Vassi Iliadis (Bar No. 296382)
James W. Ettinger (Bar No. 344292)
Jacobo Enrique Rueda Fernandez (Bar No. 349064)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com
jay.ettinger@hoganlovells.com
jacobo.rueda@hoganlovells.com

*Attorneys for Defendant*
*Albertsons Companies, Inc.*

Dated: June 17, 2026

POTTER HANDY LLP

By: /s/ *Isabel Rose Masanque*

Mark D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
Isabel Rose Masanque (SBN 292676)
Naomi Butler (SBN 332664)
100 Pine St., Ste 1250
San Francisco, CA 94111
(415) 534-1911
Fax: (888) 422-5191
classactions@potterhandy.com

*Attorneys for Plaintiff*
*Stacy Penning*

Dated: June 17, 2026

